[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-16151
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 16, 2010
JOHN LEY
CLERK

D.C. Docket No. 09-01528-CV-5-JHH-PWG

DONALD SANDERSON,

Plaintiff-Appellant,

versus

STATE OF ALABAMA,
JOYCE NICKALS,
KENNETH LOLLEY,
OFFICER RICKY,
TONY GLENN, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

(September 16, 2010)

Before TJOFLAT, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Donald Sanderson, an Alabama prisoner, appeals pro se from the district court's dismissal of his 42 U.S.C. § 1983 suit for failing to comply with a court order to pay an initial partial filing fee in accordance with 28 U.S.C. § 1915 and to file a prisoner consent form. On appeal, he offers no argument on the issue of whether the district court abused its discretion in dismissing his complaint, and instead argues at length that his § 1983 complaint is meritorious.

Federal Rule of Appellate Procedure 28(a) requires that appellate briefs contain a statement of the issues presented for review, and the appellant's contentions concerning those issues. Fed. R. App. P. 28(a)(5), (a)(9). Although we liberally construe briefs filed by pro se litigants, issues not briefed on appeal by a pro se litigant are deemed abandoned. Timson v. Sampson, 518 F.3d 870, 874 (11th Cir. 2008) (citations omitted).

Because Sanderson has not offered any argument as to whether the district court abused its discretion in dismissing his complaint without prejudice, he has abandoned the sole relevant issue in this appeal. Accordingly, we affirm.

**AFFIRMED.**